1
2
3
4
5
6 # UNITED STATES DISTRICT COURT
7 ## EASTERN DISTRICT OF CALIFORNIA
8
9 TONY AUSTIN GANT,                          CASE NO.    1:10-cv-964-MJS (PC)

                        Plaintiff,           ORDER DENYING PLAINTIFF'S MOTION TO
10                                           STAY
         v.
11                                           (ECF No. 6)
   JAMES HARTLEY, et al.,
12
                        Defendants.
13
   _____/
14

15        Plaintiff Tony Austin Gant ("Plaintiff") is a state prisoner proceeding pro se and in

16 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court

17 is Plaintiff's Motion to Stay [ECF No. 6] asking the Court to stay the matter due to his

18 unanticipated transfer between facilities.

19        Plaintiff's complaint was filed on May 28, 2010 and is currently awaiting the Court's

20 screening pursuant to 28 U.S.C. § 1915(A).  Such screening is necessary before the case

21 can proceed.  Given the Court's current case load, it will likely be months it is able to

22 screen Plaintiff's Complaint.  Plaintiff is not currently facing any deadlines.  Nothing more

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    will be asked of Plaintiff until after screening occurs.

2            Accordingly, Plaintiff's Motion to Stay [ECF No. 6] is DENIED.

6    IT IS SO ORDERED.

7    Dated:    July 14, 2010            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE